Spencer P. Hugret, Esq. (SBN 240424)
shugret@grsm.com
James P. Mayo, Esq. (SBN 169897)
jmayo@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
**MERCEDES-BENZ USA, LLC**

YASHA AHOUBIM (SBN: 331111)
YOSEF STEINMETZ (SBN: 361010)
**LAW OFFICES OF YASHA AHOUBIM**
9465 Wilshire Blvd Suite 300
Beverly Hills, CA 90212
Tel.: 310-295-9222
Fax: 310-299-2267
Email: yasha@yashalaw.com
Email: yosef@sftlegal.net

Matthew Rezvani, Esq. (SBN: 339234)
**REZVANI LAW FIRM, APC**
131 N. Robertson Blvd
Beverly Hills, CA 90211
Telephone: (310) 694-9500
Facsimile: (213) 772-1395
Email: matt@rezvanilalawfirm.com

Attorneys for Plaintiff
SALVADOR PORTUGAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR PORTUGAL,<br>Plaintiff,<br>v.<br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br>Defendant. | Case No. 5:25-CV-01343-JGB-DTB<br>*Assigned to Jesus G. Bernal*<br>**STIPULATION TO AMEND THE SCHEDULING ORDER (ECF DKT. NO. 13)** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff SALVADOR PORTUGAL ("Plaintiff") and Defendants MERCEDES-BENZ USA, LLC ("MBUSA") (collectively the "Parties") having met and conferred, hereby stipulate to amend the Civil Trial Scheduling Order (ECF Dkt. No. 13) as outlined below.

The Parties, having met and conferred, agree that a 60-day continuance of the fact discovery and expert-related deadlines is appropriate.

Good cause exists because the Parties are actively participating in written discovery, including a comprehensive meet and confer process, but depositions on both sides remain, along with an inspection of the subject vehicle. The parties are also discussing a potential resolution to this matter and significant costs may be avoided by continuing these deadlines to allow the parties to negotiate the terms of a potential settlement.

The parties propose the following amendments to the scheduling order for this matter:

| | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Fact Disc. Cut-Off | June 8, 2026 | August 7, 2026 |
| Expert Disc. (Initial) | May 11, 2026 | July 13, 2026 |
| Expert Disc. (Rebuttal) | May 25, 2026 | July 27, 2026 |
| Expert Disc. Cut-off | June 8, 2026 | August 7, 2026 |

**IT IS SO STIPULATED.**

Dated: May 27, 2026

**GORDON REES SCULLY MANSUKANI, LLP**

By: /s/ *James P. Mayo*

Spencer P. Hugret, Esq.
James P. Mayo, Esq.
Attorneys for Defendant
**MERCEDES-BENZ USA, LLC**

Dated: May 27, 2026

**LAW OFFICES OF YASHA AHOUBIM**

By: /s/ *Yasha Ahoubim*

Yasha Ahoubim, Esq.
Attorney for Plaintiff
**SALVADOR PORTUGAL**

## ATTESTATION OF COUNSEL

I, James P. Mayo, attest that concurrence in the filing of this document has been obtained from the signatory Yasha Ahoubim, counsel for Plaintiff SALVADOR PORTUGAL.

Dated: May 27, 2026

**GORDON REES SCULLY MANSUKANI, LLP**

By: /s/ *James P. Mayo*

Spencer P. Hugret, Esq.
James P. Mayo, Esq.
Gina Stassi, Esq.
Attorneys for Defendant
**MERCEDES-BENZ USA, LLC**

**CERTIFICATE OF SERVICE**

*Salvador Portugal v. Mercedes-Benz USA, LLC*

United States District Court, Central District Case No. 5:25-CV-01343-JGB-DTB

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 315 Pacific Avenue, San Francisco, CA 94111.

On the date set forth below, I served on the party listed below the document(s) described as:

**STIPULATION TO AMEND THE SCHEDULING ORDER (ECF DKT. NO. 13)**

☒ by transmitting VIA ELECTRONIC MAIL from the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m. (*Per agreement of the parties*.)

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| | |
|---|---|
| Matthew Rezvani, Esq.<br>REZVANI LAW FIRM, APC<br>131 N. Robertson Blvd<br>Beverly Hills, CA 90211<br>Telephone: (310) 694-9500<br>Facsimile: (213) 772-1395<br>Email: matt@rezvanilalawfirm.com<br><br>Yasha Ahoubim<br>Yousef Steinmetz<br>Law Offices of Yash Ahoubim<br>yasha@yashalaw.com | ***Attorneys for Plaintiff***<br><br>SALVADOR PORTUGAL |

Executed on **May 27, 2026**, at San Francisco, California.

/s/Jesica Joey Cortez-Sabadlab
Jesica Joey Cortez-Sabadlab